UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LOUIS R. HUSBAND,<br><br>*Plaintiff*,<br><br>v.<br><br>ANNETTE CHAMBER-SMITH, *et al.*,<br><br>*Defendants*. | Case No. 1:23-cv-170<br><br>Judge Jeffery P. Hopkins |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff is a *pro se* inmate seeking leave to proceed *in forma pauperis*. In her Report and Recommendation (Doc. 2), Magistrate Judge Chelsey M. Vascura recommended that Plaintiff not be permitted to proceed *in forma pauperis* because his certified trust fund account statement demonstrates that he has sufficient funds to pay the filing fee. Noting that no objections have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the Report and Recommendation in its entirety, and thus **DENIES** Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 1).

Plaintiff is **ORDERED** to pay the $402.00 filing fee **WITHIN 14 DAYS** of receipt of this Order. If he fails to timely pay the $402.00 filing fee, the Court will dismiss this action without prejudice and without assessing the filing fee.

**IT IS SO ORDERED.**

Dated: August 1, 2023

Hon. Jeffery P. Hopkins
United States District Judge